UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA GEORGINA CASTILLANES, | No. 2:15-cv-1357-KJM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| CHRISTINA A. HICKEY, | |
| Defendant. | |

Presently pending before the court is defendant's motion to dismiss, which was noticed for hearing on October 22, 2015. (ECF No. 7.) Pursuant to this court's Local Rules, plaintiff was obligated to file and serve a written opposition or statement of non-opposition to the pending motion at least fourteen (14) days prior to the hearing date, or October 8, 2015. See E.D. Cal. L.R. 230(c). However, the court's docket reveals that plaintiff, who is proceeding without counsel, failed to file a written opposition or statement of non-opposition with respect to the motion by the required deadline.

In light of plaintiff's failure to comply with the court's Local Rules, the court has considered whether the action should be dismissed. Nevertheless, in light of plaintiff's *pro se* status and the court's desire to resolve the action on the merits, the court finds it appropriate to provide plaintiff with one final opportunity to oppose the motion, if she elects to do so.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The October 22, 2015 hearing on the pending motion to dismiss is VACATED and CONTINUED to Thursday December 3, 2015, at 10:00 a.m., in Courtroom No. 25 before the undersigned.

2. Plaintiff shall file any opposition to the motion to dismiss <u>no later than November 5, 2015</u>. Plaintiff's failure to file a written opposition will be deemed a statement of non-opposition to the pending motion and consent to the granting of the motion, and shall constitute an additional ground for the imposition of appropriate sanctions, including a recommendation that plaintiff's entire case be involuntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

3. Alternatively, if plaintiff no longer wishes to proceed with the case at this time, she may instead file a notice of voluntary dismissal of the action without prejudice no later than November 5, 2015.

4. Defendant may file a reply to the opposition, if any, no later than November 19, 2015.

IT IS SO ORDERED.

Dated: October 14, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2